**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re: NICHOLAS S. AMBROSO & PATRICIA K. AMBROSO          Case Number: 06-70092
8798 SHEFFIELD DRIVE               SSN-xxx-xx-3237 & xxx-xx-5350
BELVIDERE, IL  61008

|  |  |
|---|---|
| Case filed on: | 1/27/2006 |
| Plan Confirmed on: | 9/22/2006 |
| C Converted to Chapter 7 | |

Total funds received and disbursed pursuant to the plan: $15,821.35          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY HENRY REPAY | 2,389.00 | 2,389.00 | 1,814.00 | 0.00 |
|  | Total Legal | 2,389.00 | 2,389.00 | 1,814.00 | 0.00 |
| 013 | NCO FINANCIAL SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | NICHOLAS S. AMBROSO | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CITIZENS BANK | 6,299.27 | 6,299.27 | 6,299.27 | 306.94 |
| 002 | INDYMAC BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | THE NATIONAL BANK & TRUST CO. | 5,825.00 | 5,825.00 | 5,059.68 | 474.30 |
|  | Total Secured | 12,124.27 | 12,124.27 | 11,358.95 | 781.24 |
| 003 | THE NATIONAL BANK & TRUST CO. | 2,756.55 | 137.83 | 44.26 | 0.00 |
| 004 | AMERICAN EXPRESS BANK FSB | 4,303.41 | 215.17 | 69.09 | 0.00 |
| 005 | AMERICAN EXPRESS BANK FSB | 33,907.26 | 1,695.36 | 544.33 | 0.00 |
| 006 | BANK OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | BANK OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | BP OIL | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CAPITAL ONE | 190.45 | 9.52 | 0.00 | 0.00 |
| 010 | CAPITAL ONE | 18,270.64 | 913.53 | 293.31 | 0.00 |
| 011 | LVNV FUNDING LLC | 73.89 | 3.69 | 0.00 | 0.00 |
| 012 | CITIBANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | DISCOVER FINANCIAL SERVICES | 256.67 | 12.83 | 0.00 | 0.00 |
| 015 | HOME DEPOT CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | LOWES | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | B-REAL LLC | 140.80 | 7.04 | 0.00 | 0.00 |
|  | Total Unsecured | 59,899.67 | 2,994.97 | 950.99 | 0.00 |
|  | Grand Total: | 74,412.94 | 17,508.24 | 14,123.94 | 781.24 |

Total Paid Claimant:     $14,905.18
Trustee Allowance:       $916.17
Percent Paid Unsecured:     31.75

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

　　　　　　　　　　　　　　　　　　　　　　 /s/ Lydia S. Meyer
　　　　　　　　　　　　　　　　　　　　　　Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 04/18/2008          By  /s/Heather M. Fagan