IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE:<br>AMBROSO, NICHOLAS SCOTT<br>AMBROSO, PATRICIA K.<br>AMBROSO CARPENTRY, INC.<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 06-70092 MB<br><br>Judge MANUEL BARBOSA |

### TRUSTEE'S FINAL REPORT

To: THE HONORABLE MANUEL BARBOSA, BANKRUPTCY JUDGE FOR THE UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

NOW COMES STEPHEN G. BALSLEY, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report and Account in accordance with 11 U.S.C. §704(9).

1. The Petition commencing this case was filed on 01/27/06. The Trustee was appointed on 01/27/06. The Trustee's bond in this case is included as part of the Trustee's blanket bond.

2. The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3. The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is 0.00. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4. A summary of the Trustee's Final Report as of August 4, 2008 is as follows:

   a. RECEIPTS (See Exhibit C)                         $        4,501.36

   b. DISBURSEMENTS (See Exhibit C)                    $            0.00

   c. NET CASH available for distribution              $        4,501.36

   d. TRUSTEE/PROFESSIONAL COSTS

      1. Trustee compensation requested (See Exhibit F)     $_____1,125.34
      2. Trustee Expenses (See Exhibit F)     $_____0.00
      3. Compensation requested by attorney or other professionals for trustee (See Exhibit F-1)     $_____1,175.00

    e. Illinois Income Tax for Estate (See Exhibit G)     $_____0.00

5. The Bar Date for filing unsecured claims expired on 07/22/08.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee. The actual dollar amount of claims allowed and/or requested for this estate is as follows:

    a. Allowed unpaid secured claims     $_____0.00

    b. Chapter 7 Administrative and 28 U.S.C. §1930 claims     $_____2,300.34

    c. Allowed Chapter 11 Administrative Claims     $_____0.00

    d. Allowed priority claims     $_____0.00

    e. Allowed unsecured claims     $_____88,873.71

    f. Surplus return to debtor     $_____0.00

7. Trustee proposes that unsecured creditors receive a distribution of 2.48% of allowed claims.

8. Total fees and expenses previously awarded to Trustee's counsel, accountant or other professional was $0.00. Trustee's attorneys, accountants, or other professionals fees and expenses requested but not yet allowed is $1,175.00. The total of Chapter 7 professional fees and expenses requested for final allowance is $1,175.00.

9. A fee of $500.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowances of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

                                        RESPECTFULLY SUBMITTED:

DATE:   August 4, 2008                  /s/Stephen G. Balsley
                                        STEPHEN G. BALSLEY
                                        6833 STALTER DRIVE
                                        ROCKFORD, IL 61108
                                        (815) 962-6611

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:
AMBROSO, NICHOLAS SCOTT
AMBROSO, PATRICIA K.
AMBROSO CARPENTRY, INC.

CASE NO. 06-70092 MB

Judge MANUEL BARBOSA

Debtor(s)

## DISTRIBUTION REPORT

I, STEPHEN G. BALSLEY, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

### SUMMARY OF DISTRIBUTION:

| | |
|---|---|
| Secured Claims | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 2,300.34 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(1)(B)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims (507(a)(8)): | $ 0.00 |
| Priority Claims (507(a)(9)-(a)(10)): | $ 0.00 |
| General Unsecured Claims: | $ 2,201.02 |
| TOTAL AMOUNT TO BE DISTRIBUTED: | $ 4,501.36 |

The balance on hand shown above should be distributed in accordance with 11 U.S.C. §726 as follows:

a. $2,300.34 for Chapter 7 administrative expenses allowed under §503(b) and fees under Chapter 123 of Title 28, not previously disbursed, including the Trustee compensation and reimbursement requests as follows:

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | Stephen G. Balsley, Trustee | 1,125.34 | 1,125.34 |
| | Stephen G. Balsley, Attorney for Trustee | 1,175.00 | 1,175.00 |
| | TOTAL | $ | 2,300.34 |

d. $2,201.02 for general unsecured creditors who have filed claims allowed in the total amount of $88,873.71, yielding a dividend of 2.48%, as itemized below:

| TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $88,873.71 | 2.48% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 1U | The National Bank & Trust | 2,756.55 | 68.27 |
| 2 | Capital One | 190.45 | 4.72 |
| 3 | Capital One | 18,270.64 | 452.48 |
| 4 | Discover Bank | 256.67 | 6.36 |
| 5 | American Express Bank FSB | 33,907.26 | 839.73 |
| 7 | American Express Bank FSB | 4,303.41 | 106.58 |
| 8 | LVNV Funding LLC./Citibank, N.A. | 73.89 | 1.83 |
| 9 | B-Real, LLC/Chase Bank USA, N.A. | 140.80 | 3.49 |
| 10 -2 | Citibank (South Dakota) N.A. | 28,903.28 | 715.81 |
| 12 | FIA Card Services/Bank of America and MBNA America Bank | 70.76 | 1.75 |
| | TOTAL | $ | 2,201.02 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Secured | 1S | The National Bank & Trust<br>1425 DeKalb Avenue<br>Sycamore, IL  601782747 | $ 5,825.00 | Disallowed for purposes of distribution |
| Secured | 6 | Citizens Bank<br>c/o Weltman, Weinberg & Reis Co., L.P.A.<br>10 South LaSalle Street, Suite 900<br>Chicago, IL  60603 | $ 6,299.27 | Disallowed for purposes of distribution |
| Unsecured | 10 | Citibank (South Dakota) N.A.<br>Exception Payment Processing<br>P.O. Box 6305<br>The Lakes, NV  889016305 | $ 28,903.28 | Disallowed – Amended by Claim 10-2 |
| Secured | 11 | Indy Mac Bank<br>c/o Codilis & Associates, P.C.<br>15W030 North Frontage Road, #100<br>Burr Ridge, IL  60527 | $ 134,742.96 | Disallowed for purposes of distribution |

08/04/2008 12:00 FTP  BSLBV → scans ☑ 006/013

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED:   August 4, 2008                    /s/Stephen G. Balsley
                                           STEPHEN G. BALSLEY, Trustee

08/04/2008 12:00 FTP    BSLBV                                    → scans                    ☑007/013

## PROFESSIONAL FEES AND EXPENSES

|  | Fees Previously Allowed | Fees Pending Compensation Applications | Fees & Expenses Total |
|---|---|---|---|
| Stephen G. Balsley, Trustee | $ 0.00 | $ 1,125.34 | $ 1,125.34 |
| Stephen G. Balsley, Attorney for Trustee | $ 0.00 | $ 1,175.00 | $ 1,175.00 |
| **TOTALS** | $ 0.00 | $ 2,300.34 | $ 2,300.34 |

## EXHIBIT A

## TASKS PERFORMED

## NICHOLAS SCOTT AMBROSO AND PATRICIA K. AMBROSO
## CHAPTER 7 BANKRUPTCY CASE NO. 06-70092

The only asset in this case was a $6,000.00 preference paid by the Debtor to the Debtor's sister prior to the commencement of the Chapter 13 petition in this case on January 27, 2006. After the case was converted, the Trustee investigated into the payment, determined it was a preference and made demand upon the recipient for repayment. The Trustee entered into an agreement with the Debtors to resolve the matter by payment to the bankruptcy estate in the sum of $4,500.00. The Trustee determined that this was in the best interest of the bankruptcy estate, considering the recipient of the transfer lived in the State of Texas, and litigation and enforcement could be substantial. The compromise was approved by the Court on June 11, 2008.

The Trustee has reviewed the claims and has found no objections, although some of the claims are secured and are not entitled to distribution from the bankruptcy estate.

The Trustee has determined that no income tax returns are necessary for this estate.

SGB:vcg



EXHIBIT 6

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 06-70092 MB
**Case Name:** AMBROSO, NICHOLAS SCOTT
AMBROSO, PATRICIA K.
**Period Ending:** 08/04/08

**Trustee:** (330410)  STEPHEN G. BALSLEY
**Filed (f) or Converted (c):** 03/11/08 (c)
**§341(a) Meeting Date:** 04/17/08
**Claims Bar Date:** 07/22/08

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 8798 Sheffield Drive, Belvidere, IL | 165,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Cash on hand | 400.00 | 0.00 | DA | 0.00 | FA |
| 3 | Business checking account - Blackhawk Bank | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | Business checking - Belvidere Bank | 250.00 | 0.00 | DA | 0.00 | FA |
| 5 | Business savings account - Belvidere Bank | 120.00 | 0.00 | DA | 0.00 | FA |
| 6 | Personal checking account - Belvidere Bank | 900.00 | 0.00 | DA | 0.00 | FA |
| 7 | Personal checking account - Blackhawk Bank | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | Personal savings account - Members Alliance | 100.00 | 0.00 | DA | 0.00 | FA |
| 9 | Personal savings account - Belvidere Bank | 500.00 | 0.00 | DA | 0.00 | FA |
| 10 | Personal savings account - Blackhawk Bank | 1,300.00 | 0.00 | DA | 0.00 | FA |
| 11 | Household goods and furnishings | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 12 | Clothing | 100.00 | 0.00 | DA | 0.00 | FA |
| 13 | Wedding ring | 200.00 | 0.00 | DA | 0.00 | FA |
| 14 | Shotgun, treadmill, weight machine | 400.00 | 0.00 | DA | 0.00 | FA |
| 15 | Variable Appreciable Life Insurance Policy 77 27 | 3,546.92 | 0.00 | DA | 0.00 | FA |
| 16 | Variable Appreciable Life Insurance Policy 98 61 | 8,774.28 | 0.00 | DA | 0.00 | FA |
| 17 | Variable Appreciable Life Insurance Policy 99 73 | 12,693.17 | 0.00 | DA | 0.00 | FA |
| 18 | IRA Edward Jones | 6,543.82 | 0.00 | DA | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 06-70092 MB
**Case Name:** AMBROSO, NICHOLAS SCOTT
AMBROSO, PATRICIA K.
**Period Ending:** 08/04/08

**Trustee:** (330410)   STEPHEN G. BALSLEY
**Filed (f) or Converted (c):** 03/11/08 (c)
**§341(a) Meeting Date:** 04/17/08
**Claims Bar Date:** 07/22/08

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 19 | IRA Edward Jones | 5,483.00 | 0.00 | DA | 0.00 | FA |
| 20 | Ness International Stock | 300.00 | 0.00 | DA | 0.00 | FA |
| 21 | 1994 GMC Pickup Truck | 3,855.00 | 0.00 | DA | 0.00 | FA |
| 22 | 2002 Honda Accord | 12,630.00 | 0.00 | DA | 0.00 | FA |
| 23 | 2003 Hyundai Accent | 6,100.00 | 0.00 | DA | 0.00 | FA |
| 24 | Computer equipment | 200.00 | 0.00 | DA | 0.00 | FA |
| 25 | Carpentry tools | 500.00 | 0.00 | DA | 0.00 | FA |
| 26 | Roofing tools, ladders, compressor, nail gun | 500.00 | 0.00 | DA | 0.00 | FA |
| 27 | Roofing materials, nails | 500.00 | 0.00 | DA | 0.00 | FA |
| 28 | Preferential payment (u) | 4,500.00 | 4,500.00 | | 4,500.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 1.36 | FA |
| 29 | Assets   Totals (Excluding unknown values) | $238,396.19 | $4,500.00 | | $4,501.36 | $0.00 |

**Major Activities Affecting Case Closing:**

Printed: 08/01/2008 03:59 PM   V.10.54

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 3

| Case Number: | 06-70092 MB | Trustee: (330410) | STEPHEN G. BALSLEY |
|---|---|---|---|
| Case Name: | AMBROSO, NICHOLAS SCOTT | Filed (f) or Converted (c): | 03/11/08 (c) |
| | AMBROSO, PATRICIA K. | §341(a) Meeting Date: | 04/17/08 |
| Period Ending: | 08/04/08 | Claims Bar Date: | 07/22/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Initial Projected Date Of Final Report (TFR): August 31, 2008          Current Projected Date Of Final Report (TFR): August 4, 2008 (Actual)

Printed: 08/01/2008 03:59 PM   V.10.54



Page: 1

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 06-70092 MB | | Trustee: | STEPHEN G. BALSLEY (330410) |
| --- | --- | --- | --- | --- |
| Case Name: | AMBROSO, NICHOLAS SCOTT | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | AMBROSO, PATRICIA K. | | Account: | ***-*****90-65 - Money Market Account |
| Taxpayer ID #: | 55-0905414 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 08/04/08 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 05/15/08 | {28} | Nicholas and Patricia Ambroso | Payment for preference | 1241-000 | 4,500.00 | | 4,500.00 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.22 | | 4,500.22 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.57 | | 4,500.79 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.57 | | 4,501.36 |
| 08/01/08 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.1500% | 1270-000 | 0.00 | | 4,501.36 |
| 08/01/08 | | To Account #*********9066 | Transfer funds from MMA to checking account | 9999-000 | | 4,501.36 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **4,501.36** | **4,501.36** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 4,501.36 | |
| | | | **Subtotal** | | **4,501.36** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$4,501.36** | **$0.00** | |

{} Asset reference(s)

Printed: 08/01/2008 03:59 PM  V.10.54

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 06-70092 MB  
**Case Name:** AMBROSO, NICHOLAS SCOTT  
AMBROSO, PATRICIA K.  
**Taxpayer ID #:** 55-0905414  
**Period Ending:** 08/04/08  

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****90-66 - Checking Account  
**Blanket Bond:** $1,500,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/01/08 | | From Account #********9065 | Transfer funds from MMA to checking account | 9999-000 | 4,501.36 | | 4,501.36 |
| | | | **ACCOUNT TOTALS** | | 4,501.36 | 0.00 | $4,501.36 |
| | | | Less: Bank Transfers | | 4,501.36 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****90-65** | 4,501.36 | 0.00 | 0.00 |
| **Checking # ***-*****90-66** | 0.00 | 0.00 | 4,501.36 |
| | $4,501.36 | $0.00 | $4,501.36 |

{} Asset reference(s)

Printed: 08/01/2008 03:59 PM    V.10.54