Case Name: AMBROSO, NICHOLAS SCOTT
           AMBROSO, PATRICIA K.
           AMBROSO CARPENTRY, INC.
Case No:   06-70092

## **CERTIFICATION OF REVIEW**

    The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: August 12, 2008          WILLIAM T. NEARY
                                      United States Trustee, Region 11


                                BY:   */s/ Carole J. Ryczek*
                                           CAROLE J. RYCZEK
                                           Attorney for the U.S. Trustee