IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:
AMBROSO, NICHOLAS SCOTT
AMBROSO, PATRICIA K.
AMBROSO CARPENTRY, INC.

CASE NO. 06-70092 MB

Judge MANUEL BARBOSA

Debtor(s)

Social Security/Employer Tax ID Number: XXX-XX-3237; 55-0905414; XXX-XX-5350

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO: The Debtor(s), Creditors, and other Parties in Interest:

1.  NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held

    At:   U.S. BANKRUPTCY COURT
          211 South Court Street, Room 115
          Rockford, IL 61101

    on:   September 17, 2008
    at:   9:30 a.m.

2.  The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.  The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| Stephen G. Balsley Trustee | $ 0.00 | $ 1,125.34 | |
| Stephen G. Balsley Trustee's Firm Legal | $ 0.00 | $ 1,175.00 | |

4.  The Trustee's Final Report shows total:

    a. Receipts                              $            4,501.36

    b. Disbursements                         $               0.00

    c. Net Cash Available for Distribution   $            4,501.36

5.  In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00. Assuming that all fees, compensation and expenses are allowed in the amounts requested, this leaves the total amount of $2,201.02, to be distributed to the general unsecured creditors whose claims have been allowed. The total amount of unsecured claims which will share in the distribution is $88,873.71, resulting in an approximate distribution of 2.48% to unsecured creditors.

6. The debtor has been discharged.

7. The Trustee proposed to abandon the following property at the hearing:

See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.

Respectfully submitted,

DATE:    August 4, 2008

/s/Stephen G. Balsley
STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL 61108
815/962-6611

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-3          User: lorsmith          Page 1 of 1          Date Rcvd: Aug 13, 2008
Case: 06-70092               Form ID: pdf002         Total Served: 28
```

```
The following entities were served by first class mail on Aug 15, 2008.
db           +Nicholas Scott Ambroso,   8798 Sheffield Dr.,   Belvidere, IL 61008-8690
jdb          +Patricia K. Ambroso,   8798 Sheffield Dr.,   Belvidere, IL 61008-8690
aty          +Henry Repay,   Law Offices of Henry Repay,   930 W. Locust Street,   Belvidere, IL 61008-4210
tr           +Stephen G Balsley,   Barrick, Switzer, Long, Balsley, etal,   6833 Stalter Drive,
              Rockford, IL 61108-2579
10575716      American Express,   P. O. Box 7863,   Ft. Lauderdale, FL 33329-7863
10575717      American Express,   P. O. Box 360002,   Ft. Lauderdale, FL 33336-0002
10612152      American Express Bank FSB,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
10575719      BP Oil,   P. O. Box 9070,   Des Moines, IA 50368-9070
10575718      Bank of America,   P. O. Box 17009,   Baltimore, MD 21297-1009
10593198     +Capital One,   c/o TSYS Debt Management,   POB 5155,   Norcross, GA 30091-5155
10575720      Capital One,   P. O. Box 790216,   St. Louis, MO 63179-0216
10575721      Capital One,   P. O. Box 790217,   St. Louis, MO 63179-0217
10575722      CitiBank,   P. O. Box 6309,   The Lakes, NV 88901-6309
12214591      Citibank (South Dakota) N.A.,   Exception Payment Processing,   P.O. Box 6305,
              The Lakes, NV  88901-6305
10575723      Citizens Auto Finance,   P. O. Box 42115,   Providence, RI 02940-2115
10613852     +Citizens Bank,   c/o Weltman, Weinberg & Reis Co., L.P.A.,   10 South LaSalle Street,   Suite 900,
              Chicago, IL 60603-1016
10575724    ++DISCOVER FINANCIAL SERVICES LLC,   PO BOX 3025,   NEW ALBANY OH 43054-3025
              (address filed with court: Discover,   P.O. Box 30943,   Salt Lake City, UT 84130-0943)
10598238    ++DISCOVER FINANCIAL SERVICES LLC,   PO BOX 3025,   NEW ALBANY OH 43054-3025
              (address filed with court: Discover Bank/Discover Financial Services,   PO Box 8003,
              Hilliard, OH 43026)
12409539      FIA Card Services NA as successor,   to Bank of America/MBNA America Bank,
              Attn: Mr BK DE5-023-03-03,   1000 Samoset Dr,   Newark DE 19713
10575725      Home Depot Credit Services,   Dept. 32-2015903119,   P. O. Box 6029,   The Lakes, NV 88901-6029
12285630     +Indy Mac Bank,   c/o Codilis & Associates PC,   15W030 North Frontage Road,   Suite 100,
              Burr Ridge, IL 60527-6921
10575726      IndyMac Bank,   P. O. Box 4045,   Kalamazoo, MI 49003-4045
10575728     +NCO Financial Systems, Inc.,   507 Prudential Rd.,   Horsham, PA 19044-2368
10575729      Phillips 66,   P.O. Box 9140,   Des Moines, IA 50368-9140
10575730      The National Bank & Trust,   1425 DeKalb Ave.,   Sycamore, IL 60178-2747

The following entities were served by electronic transmission on Aug 14, 2008.
10746522     +E-mail/PDF: B-LinellcBNCNotifications@blinellc.com Aug 14 2008 05:16:06
              B-Real, LLC/Chase Bank USA, N.A.,   Mail Stop 550,   2101 Fourth Ave., Suite 1030,
              Seattle, WA 98121-2317
10672915      E-mail/Text: resurgentbknotifications@resurgent.com
              LVNV Funding LLC., its successors and assigns, as,   Resurgent Capital Services,
              P.O. Box 10587,   Greenville, SC 29603-0587
10575727      E-mail/PDF: gecsedi@recoverycorp.com Aug 14 2008 05:15:48     Lowe's,   P. O. Box 4554,
              Carol Stream, IL 60197-4554
                                                                                         TOTAL: 3

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Stephen G Balsley,   Barrick, Switzer, Long, Balsley, etal,   6833 Stalter Drive,
              Rockford, IL 61108-2579
                                                                                    TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 15, 2008**                    **Signature:**    _Joseph Speetjens_